# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM FARAH, | No. CV 16-5701-CAS (AGR) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| JEH JOHNSON, Secretary of Department of Homeland Security, et al., | |
|     Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition in this matter is denied as moot.

DATED: November 16, 2016

_____
CHRISTINA A. SNYDER
United States District Judge